

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA MESCHEL LASCOLA | * | CIVIL ACTION |
| | * | NO:_____ **08 - 4802** |
| | * | |
| VERSUS | * | SECTION: |
| | * | "___" |
| | * | |
| SCHINDLER ELEVATOR CORP., STANDARD | * | MAGISTRATE: |
| PARKING CORPORATION, STANDARD PARKING | * | |
| CORPORATION IL, HERTZ TEXACO CENTER, LLC, | * | _____ |
| HERTZ TEXACO MANAGER, INC. and | * | **SECT B MAG 3** |
| U. S. SECURITY ASSOCIATES, INC. | * | |
| | * | |

**************************************************

## COMPLAINT

Ms. Donna Meschel Lascola, through undersigned counsel, respectfully represents that:

### PARTIES

1.

Plaintiff Donna Meschel Lascola is a person of the age of majority, domiciled and residing in the parish of St. Tammany, State of Louisiana.

2.

Made defendants herein are:

(A) Schindler Elevator Corporation, a non-Louisiana company doing business in the state of Louisiana;

(B) Standard Parking Corporation, a non-Louisiana company doing business in the state of Louisiana;

Fee___**350.**
✓ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____

(C) Standard Parking Corporation IL, a non-Louisiana company doing business in the state of Louisiana;

(D) Hertz Texaco Center, L.L.C, a non-Louisiana company doing business in the state of Louisiana;

(E) Hertz Texaco Manager, Inc., a non-Louisiana company doing business in the state of Louisiana; and

(F) U.S. Security Associates, Inc., a non-Louisiana company doing business in the state of Louisiana.

## JURISDICTION AND VENUE

3.

There is complete diversity of citizenship between plaintiff and defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs. Accordingly this Court has jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332.

4.

Venue is proper pursuant to 28 U.S.C. § 1391(a)(2) because the incident giving rise to this claim occurred in New Orleans, Louisiana, in the Eastern District of Louisiana.

## FACTS

5.

Plaintiff works in an office in the Texaco Center, which is located at 400 Poydras Street, New Orleans, Louisiana. This building is owned by Hertz Texaco Center, L.L.C. and managed by Hertz Texaco Manager, Inc. One of the parking garages for the Texaco Center is located at 601 Tchoupitoulas Street, New Orleans, Louisiana. This parking garage is operated by Standard Parking

Corporation and/or Standard Parking Corporation IL.

6.

On September 30, 2008, plaintiff parked her car on the 8th floor of the parking garage located at 601 Tchoupitoulas Street and proceeded to the elevator located on that floor. Plaintiff got on the elevator at approximately 9:30 a.m. Upon information and belief, the parking garage elevators are maintained by Schindler Elevator Corp.

7.

When the elevator reached the 6th floor, it made a terrible noise, jolted suddenly, came to an unexpected stop and got stuck. It then made another loud noise and dropped suddenly. The elevator dropped several floors and then, again, stopped abruptly. The abrupt stops caused plaintiff to sustain injuries.

8.

After the elevator reached the ground floor and plaintiff exited the elevator, she proceeded to the parking garage security office, operated by U.S. Security Associates, Inc., to report the incident.

9.

On the same date, prior to this accident, this same elevator had malfunctioned on several occasions in a similar manner. Due to the malfunctions , several reports were made to U.S. Security Associates, Inc. and others. A sign was placed at the ground floor location of this elevator, indicating that it was out of service and should not be used. However, the malfunctioning elevator was not turned off nor were any "out of service" signs placed on the other floors of the parking, specifically the 8th floor, to warn plaintiff and others of the existing danger.

10.

Plaintiff injured her right shoulder and neck as a result of the elevator malfunction and is currently under medical care for her injury.

11.

Plaintiff has incurred, and will continue to incur, substantial medical expenses, and she has lost wages - past, present, and future. Plaintiff is entitled to both general and special damages which are reasonable in the premises.

## DAMAGES

12.

The defendants are liable to plaintiff for damages in the following respects or as may be shown at the trial of this cause:

a.    Donna Meschel Lascola is entitled to damages for medical expenses, pain, suffering and lost wages suffered as a result of defendants' negligence.

## JURY TRIAL

13.

Plaintiff requests trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Donna Meschel Lascola prays for judgment in her favor for all

general damages and special damages which are reasonable under the circumstances, for costs of these proceedings to which she may be entitled and judicial interest from the date of judicial demand against defendants Schindler Elevator Corporation, Standard Parking Corporation, Standard Parking Corporation IL, Hertz Texaco Center, L.L.C., Hertz Texaco Manager, Inc. and U. S. Security Associates, Inc., jointly, severally and in solido, for trial by jury and for all other general and equitable relief.

Respectfully submitted,

S. C. Garcia, III         #5922
Christine I. MacKinnon    #29618
GARCIA & BISHOP
618 Rutland Street
Covington, LA 70433
Phone: (504) 835-5085
E-mail: scgarcia@garciabishop.com