UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA LASCOLA | * | CIVIL ACTION NO. 08-4802 |
|           Plaintiff, | * | |
| | * | SECTION "B" (3) |
| | * | |
| VERSUS | * | JUDGE IVAN L. R. LEMELLE |
| | * | |
| SCHINDLER ELEVATOR CORP., ET AL, | * | MAGISTRATE DANIEL E. KNOWLES |
|           Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

## JOINT MOTION FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs-in-Cross Claim, Hertz Texaco Center, LLC and Hertz Investment Group, Inc ("Hertz") and Defendant-in-Cross Claim, Schindler Elevator Corporation ("Schindler"), who respectfully represent that the parties have reached an agreement and jointly move this Honorable Court for an *Order* granting their motion and dismissing the Cross-Claim in its entirety with prejudice and with each party to bear their own costs.

**WHEREFORE**, Hertz and Schindler respectfully pray that their *Joint Motion for Dismissal* be deemed good and sufficient and that this Honorable Court issue an *Order* dismissing the Cross-Claim in its entirety with prejudice and with each party to bear their own costs.

          Respectfully submitted:

          **FORRESTER & DICK**
          Attorneys at Law
          4981 Bluebonnet Boulevard
          Baton Rouge, LA 70809
          Telephone:  (225) 938-3477
          Facsimile:  (225) 928-7733
          By: /s/ <u>Gregory P. Aycock</u>

Gregory P. Aycock (26177)
Shelly D. Dick (18865)
*ATTORNEYS FOR HERTZ TEXACO CENTER, LLC AND HERTZ INVESTMENT GROUP, INC.*

**THE AUBERT LAW FIRM**
By: /s/ <u>Christopher J. Aubert</u>
Christopher J. Aubert (14057)
James G. Washburn (18039)
506 East Rutland Street
Covington, Louisiana 70433-3219
Telephone:   (985) 809-2000
Facsimile:   (985) 809-2001
*ATTORNEYS FOR SCHINDLER ELEVATOR CORPORATION*

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on October 17, 2011, undersigned counsel electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gregory P. Aycock
**GREGORY P. AYCOCK**