**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DONNA LASCOLA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 08-4802** |
| **SCHINDLER ELEVATOR CORP., ET AL.** | * | **SECTION "B"(3)** |

## ORDER

Considering the foregoing Joint Motion for Dismissal (Rec. Doc. No. 132),

**IT IS ORDERED** that said motion is hereby **GRANTED**. Accordingly, all pending motions in the above-captioned matter are hereby **DISMISSED as MOOT**, with each party to bear their own costs.

New Orleans, Louisiana, this 17th of October, 2011.

_____
UNITED STATES DISTRICT JUDGE